```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 08892
    MARNEKE C EVANS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-9594

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/11/2008 and was confirmed 06/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE CORP      UNSECURED          179.18           .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          405.66           .00              .00
CITY OF CHICAGO PARKING    UNSECURED         8510.00           .00              .00
COMCAST                    UNSECURED       NOT FILED           .00              .00
IL DEPT OF EMPLOYMENT SE   UNSECURED         3232.00           .00              .00
BARR MGMT LTD              UNSECURED          184.33           .00              .00
DISTRICT 3                 UNSECURED       NOT FILED           .00              .00
DISTRICT 3                 UNSECURED       NOT FILED           .00              .00
RJM AQUISITIONS FUNDING    UNSECURED          315.73           .00              .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED           .00              .00
RESURRECTION MEDICAL CNT   UNSECURED       NOT FILED           .00              .00
CHIRST HOSPITAL            UNSECURED       NOT FILED           .00              .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED           .00              .00
CHIRST HOSPITAL            UNSECURED       NOT FILED           .00              .00
EMERGENCY ROOM CARE PROV   UNSECURED       NOT FILED           .00              .00
NATIONWIDE ACCEPTANCE~     UNSECURED       NOT FILED           .00              .00
T MOBILE                   UNSECURED       NOT FILED           .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          749.00           .00              .00
OAKLAWN RADIOLOGY IMAGIN   UNSECURED       NOT FILED           .00              .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED           .00              .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC    7989.44           .00           150.00
CREDIT ACCEPTANCE CORP     UNSECURED       NOT FILED           .00              .00
IL STATE DISBURSEMENT UN   NOTICE ONLY     NOT FILED           .00              .00
IL STATE DISBURSEMENT UN   DSO ARREARS      3674.68           .00              .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED           .00              .00
INTERNAL REVENUE SERVICE   PRIORITY             .00           .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY         1062.31           .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        1975.93           .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED         156.96           .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,474.00                         735.18
TOM VAUGHN                 TRUSTEE                                           76.98
DEBTOR REFUND              REFUND                                               .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08892 MARNEKE C EVANS
```

```
      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    962.16

PRIORITY                                            .00
SECURED                                          150.00
UNSECURED                                           .00
ADMINISTRATIVE                                   735.18
TRUSTEE COMPENSATION                              76.98
DEBTOR REFUND                                       .00
                     ---------------      ---------------
TOTALS                     962.16                962.16
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/25/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE